IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ANGELA AMES,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE CO., NATIONWIDE ADVANTAGE MORTGAGE CO., and KARLA NEEL,<br><br>    Defendants. | Case No. 4:11-cv-00359<br><br>PLAINTIFF'S NOTICE OF APPEAL |

NOTICE is hereby given that Plaintiff, Angela Ames, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the District Court's Order granting Defendants' Motion for Summary Judgment in this action on the 16th day of October, 2012.

Dated: November 13, 2012

                              FIEDLER & TIMMER, P.L.L.C.

                              ___/s/ Emily McCarty_____
                              Brooke Timmer AT0008821
                              brooke@employmentlawiowa.com
                              Emily McCarty AT 0010147
                              emily@employmentlawiowa.com
                              2900 – 100th Street, Suite 209
                              Urbandale, IA 50322
                              Telephone: (515) 254-1999
                              Fax: (515) 254-9923
                              ATTORNEYS FOR PLAINTIFF

Copy to:

Kerrie M. Murphy
Julie T. Bittner
GONZALEZ SAGGIO & HARLAN
1501 42nd Street, Suite 465
West Des Moines, IA 50266-1090
ATTORNEYS FOR DEFENDANTS

---

**ELECTRONIC PROOF OF SERVICE**

I, hereby certify that on the 14th day of November, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

**Signature:** ___/s/ Fiedler & Timmer_____

---