# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 13, 2014

Ms. Emily E. McCarty
FIEDLER & TIMMER
Suite 209
2900 100th Street
Urbandale, IA  50322

RE:  12-3780  Angela Ames v. Nationwide Mutual Insurance Co, et al

Dear Counsel:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00a.m. today. Please hold the opinion in confidence until that time.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Michael E. Gans
Clerk of Court

DMW

Enclosure(s)

cc:  Ms. Christine Jiyeun Back
  Ms. Julie Tomka Bittner
  Mr. Louis B. Butler Jr.
  Ms. Paige Fiedler
  Mr. Eric A. Harrington
  Ms. Dinita L. James
  Ms. Marjorie Krahn
  Ms. Kerrie Marie Murphy
  Ms. Brooke Timmer

District Court/Agency Case Number(s):   4:11-cv-00359-RP