# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-3780
_____

Angela Ames

Plaintiff - Appellant

v.

Nationwide Mutual Insurance Company; Nationwide Advantage Mortgage Company; Karla Neel

Defendants - Appellees

------------------------------

Equal Employment Opportunity Commission

Amicus on Behalf of Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:11-cv-00359-RP)
_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 13, 2014

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans